UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                         )
GORDON HAMILTON,                         )
                                         )   No. C13-0701RSL
            Plaintiff,                   )
    v.                                   )
                                         )   ORDER REQUIRING SUBMISSION
STATE FARM FIRE AND CASUALTY             )   OF INFORMATION REGARDING
COMPANY, *et al.*,                       )   REMOVAL FROM STATE COURT
                                         )
            Defendants.                  )
_____)

The above captioned matter was recently removed from state court. The removing defendants shall, within seven (7) days of the date of this Order, serve and file the following information:

State with particularity the basis for defendants' belief that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. Contrary to defendants' assertion in their notice of removal, plaintiff does not seek recovery of the policy limits in this action. Rather, plaintiff seeks to compel production of the governing policy documents, a declaration of the policy terms if the governing documents cannot be produced, damages associated with the failure to timely produce the policy, treble damages under the Consumer Protection Act, and an award of costs and fees. There is no indication that the damages asserted in this matter - consisting mostly of fees incurred while attempting to obtain copies of the policy documents - will reach the jurisdictional limit.

INFORMATION REGARDING REMOVAL

1    If plaintiff has a response to defendants' submission, such response, if any, shall be
2 filed and served within seven (7) days of the date of defendants' submission.  Any motion to
3 remand the action to state court based on any procedural defects in the removal must be filed
4 within thirty (30) days of the removal.  See 28 U.S. C. § 1447(c).  The Clerk of Court is directed
5 to note this "Submission Regarding Removal" on the Court's calendar for Friday, May 10, 2013.

7    Dated this 23rd day of April, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

INFORMATION REGARDING REMOVAL    -2-