1
2
3
4
5        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
6                  AT SEATTLE
7  _____
                                          )
8  GORDON HAMILTON,                       )
                                          )   No. C13-0701RSL
9                         Plaintiff,      )
             v.                           )
10                                        )   ORDER REQUIRING SUBMISSION
   STATE FARM FIRE AND CASUALTY           )   OF INFORMATION REGARDING
11 COMPANY, *et al.*,                     )   REMOVAL FROM STATE COURT
                                          )
12                        Defendants.     )
   _____)
13

14         The above captioned matter was recently removed from state court. The removing

15 defendants shall, within seven (7) days of the date of this Order, serve and file the following

16 information:

17         State with particularity the basis for defendants' belief that the amount in

18 controversy exceeds the sum of $75,000, exclusive of interest and costs. Contrary to defendants'

19 assertion in their notice of removal, plaintiff does not seek recovery of the policy limits in this

20 action. Rather, plaintiff seeks to compel production of the governing policy documents, a

21 declaration of the policy terms if the governing documents cannot be produced, damages

22 associated with the failure to timely produce the policy, treble damages under the Consumer

23 Protection Act, and an award of costs and fees. There is no indication that the damages asserted

24 in this matter - consisting mostly of fees incurred while attempting to obtain copies of the policy

25 documents - will reach the jurisdictional limit.

26

INFORMATION REGARDING REMOVAL

1  If plaintiff has a response to defendants' submission, such response, if any, shall be
2  filed and served within seven (7) days of the date of defendants' submission.  Any motion to
3  remand the action to state court based on any procedural defects in the removal must be filed
4  within thirty (30) days of the removal.  See 28 U.S. C. § 1447(c).  The Clerk of Court is directed
5  to note this "Submission Regarding Removal" on the Court's calendar for Friday, May 10, 2013.

Dated this 23rd day of April, 2013.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

INFORMATION REGARDING REMOVAL     -2-